# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| PETER PAYNE, | § | |
| Plaintiffs, | § § § | |
| | § | CIVIL NO. 4:14-CV-369 |
| v. | § § | |
| HIGHLAND HOMES, LTD., et al., | § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 29, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Federal Defendants' Motion for Reconsideration of Order Denying Agreed Motion (Dkt. 8) and Defendants' Second Motion to Remand (Dkt. 10) be GRANTED and that this case be REMANDED to the 431st Judicial District Court of Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, the Federal Defendants' Motion for Reconsideration of Order Denying Agreed Motion (Dkt. 8) and Defendants' Second Motion to Remand (Dkt. 10) are GRANTED and this case is hereby REMANDED to the 431st Judicial District Court of Denton County, Texas.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of October, 2014.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE